******************************************************

The "officially released" date that appears near the beginning of each opinion is the date the opinion will be published in the Connecticut Law Journal or the date it was released as a slip opinion. The operative date for the beginning of all time periods for filing postopinion motions and petitions for certification is the "officially released" date appearing in the opinion. In no event will any such motions be accepted before the "officially released" date.

All opinions are subject to modification and technical correction prior to official publication in the Connecticut Reports and Connecticut Appellate Reports. In the event of discrepancies between the electronic version of an opinion and the print version appearing in the Connecticut Law Journal and subsequently in the Connecticut Reports or Connecticut Appellate Reports, the latest print version is to be considered authoritative.

The syllabus and procedural history accompanying the opinion as it appears on the Commission on Official Legal Publications Electronic Bulletin Board Service and in the Connecticut Law Journal and bound volumes of official reports are copyrighted by the Secretary of the State, State of Connecticut, and may not be reproduced and distributed without the express written permission of the Commission on Official Legal Publications, Judicial Branch, State of Connecticut.

******************************************************

HABITAT FOR HUMANITY OF COASTAL FAIRFIELD
COUNTY, INC. *v.* KIM LANHAM ET AL.
(AC 37940)

Alvord, Prescott and Mullins, Js.

Argued March 2—officially released June 21, 2016

(Appeal from Superior Court, judicial district of
Fairfield, Hon. Alfred J. Jennings, Jr., judge trial referee
[judgment of strict foreclosure]; Hon. Edward F.
Stodolink, judge trial referee [judgment of strict
foreclosure].)

*Kim Lanham*, self-represented, the appellant
(named defendant).

*Barbara M. Schellenberg*, with whom, on the brief,
was *Vincent M. Marino*, for the appellee (plaintiff).

*Opinion*

PER CURIAM. The defendant Kim Lanham appeals from the judgment of strict foreclosure, rendered by the trial court, in favor of the plaintiff, Habitat for Humanity of Coastal Fairfield County, Inc. After reviewing and considering the record in this case, including the briefs and arguments of the parties on appeal, we conclude that the court properly rendered a judgment of strict foreclosure. There is no error.

The judgment is affirmed and the case is remanded to the trial court for the purpose of setting new law days.